No. 01–7196. ZUNIGA-RUIZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 01–7199. HOLMES v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 01–7200. GARCIA-DE LOERA v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 01–7202. FAVELA-MORALES v. UNITED STATES; MARTINEZ-CLOSNER v. UNITED STATES; and CARRIZALEZ-MARTINEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 273 F. 3d 1101 (first judgment) and 1102 (second and third judgments).

No. 01–7210. MENDOZA-MEDRANO, AKA TREJO v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 01–7213. AVITA-AVITA v. UNITED STATES (Reported below: 273 F. 3d 1102); BALLES-ZUNIGA v. UNITED STATES (273 F. 3d 1102); BATRES-BRICIO v. UNITED STATES (273 F. 3d 1102); CASTILLO-RODRIGUEZ v. UNITED STATES (273 F. 3d 1103); FLORES-SANCHEZ v. UNITED STATES (273 F. 3d 1103); LOPEZ-ESPINOZA v. UNITED STATES (273 F. 3d 1102); LOPEZ-ADAN v. UNITED STATES (273 F. 3d 1103); LEMUS v. UNITED STATES (273 F. 3d 1103); ONTIVEROS-SANCHEZ v. UNITED STATES (273 F. 3d 1102); PRUNEDA-AGUILAR v. UNITED STATES (273 F. 3d 1102); and REBOLLAR-YANEZ v. UNITED STATES (273 F. 3d 1102). C. A. 5th Cir. Certiorari denied.

No. 01–7214. CUEVAS-SANCHEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 01–7220. MARTINEZ-SAENZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 01–7227. STRICKLAND v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 01–7228. ALARCON-PINON v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 01–7232. SANTISTEBAN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.